# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| May 20, 2005 | May 20, 2005  5:21 pm | USPS |

**INVENTORY MADE IN THE PRESENCE OF**

J. D. Tynan, T. Coram, F. Aponte

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Hefty Freezer Bag

Clear Cellophane

Vasoline

3 Bundles of suspected marijuana

2.1 oz.
1.3 oz.   ⟩ Approx.
1.6 oz.

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

J D. T,—

Subscribed, sworn to, and returned before me this date.

U.S. Judge or Magistrate

May 27, 2005
Date